IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL BLAKE JOHNSON #163913     PLAINTIFF

v.     No: 4:21-cv-1234-DPM

PULASKI COUNTY REGIONAL DETENTION
CENTER; TURNKEY MEDICAL     DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Johnson hasn't paid the $402 filing and administrative fees or filed a complete application to proceed *in forma pauperis;* and the time to do so has passed. *Doc. 3.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 March 2022