IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL BLAKE JOHNSON #163913     PLAINTIFF

v.     No: 4:21-cv-1234-DPM

PULASKI COUNTY REGIONAL DETENTION
CENTER; TURNKEY MEDICAL     DEFENDANTS

## JUDGMENT

Johnson's complaint is dismissed without prejudice.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 March 2022